IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LISA PARKER; CONNIE FREEMAN; MICHAEL and DEBBIE JONES; WILLIAM KERVIN; JANIE JONES; ROBERT and MICHELLE PRATER; LaFRANCO BRIDGES; and MATTIE PACE;<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, INC.; AMC MORTGAGE SERVICES, INC.; ACC CAPITAL HOLDINGS CORPORATION; and CITI RESIDENTIAL LENDING, INC.;<br><br>Defendants. | CASE No: 2:08-cv-00205-SRW |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW William Kervin, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and is not aware of any reportable relationships.

/s/ William H. Robertson, V
WILLIAM H. ROBERTSON, V (ASB-9142-L74R)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Attorneys at Law
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-755 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 26th day of March, 2008.

                <u>/s/ William H. Robertson, V.</u>
                OF COUNSEL

Ameriquest Mortgage Company
c/o National Registered Agents, Inc. of Alabama
150 South Perry Street
Montgomery, Alabama 36104

AMC Mortgage Services, Inc.
c/o National Registered Agents, Inc. of Alabama
150 South Perry Street
Montgomery, Alabama 36104

ACC Capital Holdings Corporation
c/o National Registered Agents, Inc. of Alabama
150 South Perry Street
Montgomery, Alabama 36104

Citi Residential Lending, Inc.
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104