

2. Article Number

7160 3901 9841 5330 8767

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? *(Extra Fee)*   ☑ Yes
1. Article Addressed to:

08cv205
5+C

**ACC Capital Holdings Corporation**
**National Registered Agents Inc., of Alabama**
**150 South Perry Street**
**Montgomery, Alabama 36104**

A. Received by (Please Print Clearly)
B. Date of Delivery
☐ Agent ☐ Addressee
Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

PS FORM 3811, January 2005                    Domestic Return Receipt