

2. Article Number

7160 3901 9841 5330 8774

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☑ Yes

1. Article Addressed to:

08cv205
STC

AMC Mortgage Services, Inc.
National Registered Agents Inc., of Alabama
150 South Perry Street
Montgomery, Alabama 36104

A. Received by (Please Print Clearly)
B. Date of Delivery
Signature
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

PS FORM 3811, January 2005                      Domestic Return Receipt