**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 1, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Parker et al v. Ameriquest Mortgage Company, Inc. et al
      Civil Action No. 2:08-cv-00205-SRW

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now *2:08-cv-00205-MHT*.

This new case number should be used on all future correspondence and pleadings in this action.