IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LISA PARKER; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-00205-SRW |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Middle District of Alabama's General Order 3047, undersigned counsel for Defendant Ameriquest Mortgage Company Inc., ("Ameriquest" or "Defendant") respectfully certifies the following information with respect to the parents, subsidiaries, affiliates, members, trustees, and managers of Ameriquest. Ameriquest is a private Delaware corporation with no publicly-traded affiliates, subsidiaries, or parent. Ameriquest's parent corporation is ACC Capital Holdings Corporation. ACC Capital Holdings Corporation is a private Delaware corporation with no publicly-traded affiliates, subsidiaries, or parent. ACC Capital's parent corporation is SBP Capital Corporation (formerly known as ACC Capital Corporation – this name change became effective January 2, 2008). SBP Capital Corporation is a private corporation.

DOCSBHM\1554043\1\

2

/s/  Robin L. Beardsley
Kerry P. McInerney (MCI015)
Robin L. Beardsley (BEA066)
Attorneys for
Ameriquest Mortgage Company

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 14th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    William H. Robertson, V
    C. Lance Gould
    Beasley, Allen, Crow, Methvin
    Portis & Miles, P.C.
    Post Office Box 4160
    Montgomery, Alabama 36130-4160

                                           /s/ Robin Beardsley
                                           Of Counsel