IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LISA PARKER; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-00205-SRW |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ACC CAPITAL HOLDINGS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Middle District of Alabama's General Order 3047, undersigned counsel for Defendant ACC Capital Holdings Corporation ("ACC Capital" or "Defendant") respectfully certifies the following information with respect to the parents, subsidiaries, affiliates, members, trustees, and managers of ACC Capital. ACC Capital is a private Delaware corporation with no publicly-traded affiliates, subsidiaries, or parent. ACC Capital's parent corporation is SBP Capital Corporation (formerly known as ACC Capital Corporation effective January 2, 2008). SBP Capital Corporation is a private corporation.

/s/ Robin L. Beardsley
Kerry P. McInerney (MCI015)
Robin L. Beardsley (BEA066)
Attorneys for
ACC Capital Holdings Corporation

DOCSBHM\1554086\1\

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

## CERTIFICATE OF SERVICE

  I hereby certify that on the __th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William H. Robertson, V
C. Lance Gould
Beasley, Allen, Crow, Methvin
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36130-4160

              /s/_ Robin Beardsley
              Of Counsel