IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LISA PARKER; et al., )<br>)<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>INC., et al., )<br>)<br>    Defendants. )<br>)<br>) | CASE NO.: 2:08-cv-00205-SRW |

### DEFENDANT CITI RESIDENTIAL LENDING INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Middle District of Alabama's General Order 3047, undersigned counsel for Defendant Citi Residential Lending Inc., ("Citi Residential" or "Defendant") respectfully certifies the following information with respect to the parents, subsidiaries, affiliates, members, trustees, and managers of Citi Residential and files this Disclosure Statement.

    1.    Defendant Citi Residential Lending Inc. is a Delaware corporation and is wholly owned by Citibank, N.A.

    2.    Citibank, N.A. is chartered under the National Bank Act and is wholly owned by Citicorp Holdings Inc.

    3.    Citicorp Holdings Inc. is a Delaware corporation and is wholly owned by Citigroup Inc.

    4.    Citigroup Inc. is a Delaware corporation and its shares are publicly traded.

Respectfully submitted,

/s/  Robin L. Beardsley
Kerry P. McInerney (MCI015)
Robin L. Beardsley (BEA066)
Attorneys for
Citi Residential Lending Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:    (205) 930-5100
Fax:    (205) 930-5335

## CERTIFICATE OF SERVICE

       I hereby certify that on the 14th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    William H. Robertson, V
    C. Lance Gould
    Beasley, Allen, Crow, Methvin
    Portis & Miles, P.C.
    Post Office Box 4160
    Montgomery, Alabama 36130-4160

                                           /s/ Robin Beardsley
                                           Of Counsel